UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PESEL FEDER on behalf of herself and
all other similarly situated consumers

                Plaintiff,

-against-

ACCOUNTS RECEIVABLE MANAGEMENT, INC.

                Defendant.

INDEX NO.
12-004598-SJ-RLM

STIPULATION OF
DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
         February 12, 2013

SO ORDERED on this 19th day of February 2013

/s/(SJ)

STERLING JOHNSON Jr. SENIOR US DJ.

Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1600 Avenue M, 2nd Floor
Brooklyn, New York 11230
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Sergio Alves
Kaufman Borgeest & Ryan LLP
Attorney for the Defendant
200 Summit Lake Drive, 1st Fl.
Valhalla,, NY 10595
Office: 914-449-1000
Fax: 914-449-1100
E-mail: salves@kbrlaw.com

SO ORDERED
on this _____ day of _____ 20__

STER___,

DtF